

# Fourth Court of Appeals
## San Antonio, Texas

November 29, 2017

No. 04-17-00631-CV

**IN RE** Cynthia S. **HALE**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Patricia O. Alvarez, Justice
                  Luz Elena D. Chapa, Justice
                  Irene Rios, Justice

On October 10, 2017, Relator filed a petition for writ of mandamus. Relator also filed an emergency motion for stay. On October 12, 2017, this court granted Relator's motion and stayed all proceedings at the trial court. Real party in interest filed a response to the petition for writ of mandamus, to which Relator filed a reply. On November 29, 2017, this case was submitted by oral argument to this court.

The court has considered the pleadings filed by the parties with the court, the argument of counsel, record, and the relevant law, and is of the opinion that the Relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* Tex. R. App. P. 52.8(a). The stay granted by this Court on October 12, 2017 is hereby LIFTED.

It is so **ORDERED** on November 29, 2017.

_____
Patricia O. Alvarez, Justice

---

[1] This proceeding arises out of Cause No. 2017-CI-16203, styled *In the Matter of the Marriage of Jennifer Hall and Cynthia Suzanne Hale, In the Interest of S.Z.H., R.A.H., and S.G.H., Children*, pending in the 57th Judicial District Court, Bexar County, Texas, the Honorable Stephani A. Walsh presiding.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29 day of November, 2017.



Keith E. Hottle,
Clerk of Court